UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

DAVIS M. ETKIN,

    Plaintiff,

v.

KENNETH L. HILL, M.D.; STEVEN J.
SCHWARTZ, M.D.; JINUE P. KAMDAR,
M.D.; WELLSTAR; MICHAEL K. RAY,
JR., M.D.; JOSEPH T. HORNES, M.D.;
and KENNESTONE HOSPITAL, INC.,

    Defendants.

Civil Action File No.
1:14-CV-00673-WBH

## STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), *Pro Se* Plaintiff Davis M. Etkin, on his own behalf, and Defendants Kenneth L. Hill, M.D., Steven J. Schwartz, M.D., Jinu P. Kamdar, M.D. (improperly identified as Jinue P. Kamdar), Wellstar Medical Group, LLC (improperly identified as Wellstar and Kennestone Hospital, Inc.), Michael K. Ray, Jr., M.D., and Joseph T. Hormes, M.D. (improperly identified as Joseph T. Hornes, M.D.), by their undersigned counsel, (together, the "Parties") stipulate as follows:

1. On March 7, 2014, this action was filed in the United States District Court for the Northern District of Georgia, Atlanta Division.

*Entered as dismissed pursuant to Rule 41(a)(1)(ii), F.R.C.P.*

*James N. Hatten, Clerk*

*By: [signature]*
*Deputy Clerk  11/19/14*

2. Each Defendant timely filed an Answer to Plaintiff's Complaint, raising various defenses.

3. The Parties mutually desire to resolve this action and the issues raised without further delay or additional litigation, and have fully consented to the making and entry of this Stipulation of Voluntary Dismissal of Action with Prejudice ("Stipulation") without trial or the adjudication of any issue of fact or law in this case.

4. The Parties acknowledge they have consented to entry of the Stipulation after full and proper due diligence and consideration of all matters relevant hereto.

5. Specifically, the Parties recognize that this matter is being dismissed with prejudice – i.e., it is a final disposition of the matter, barring the right to bring another action on the same claim or cause in any court of law, whether federal or state.

6. The Parties stipulate and agree that each party will bear their own costs and fees, and that no party will seek reimbursement of any incurred cost or fee related to this matter, including attorneys' fees, from any other party to this action via litigation or otherwise.

This 17th day of November, 2014.

PLAINTIFF

/s/ *Davis M. Etkin*
(electronically signed and filed with express permission by Jesse Broocker)
Davis M. Etkin, Pro Se Plaintiff
1567 Wendell Avenue
Schenectady, New York 12308
(518) 588-0530
daveetkin@aol.com

WEATHINGTON SMITH

/s/ *Jesse K. Broocker*
Paul E. Weathington
Georgia Bar No. 743120
Jesse K. Broocker
Georgia Bar No. 211070

191 Peachtree St., NE
Suite 3900
Atlanta, Georgia 30303
Phone: 404-524-1600
Fax: 404-524-1610

*Attorneys for Defendants Michael K. Ray, Jr., M.D. and Steven J. Schwartz, M.D.*

ALLEN, McCAIN & O'MAHONY, P.C.

/s/ *Gary R. McCain*
Gary R. McCain
Georgia Bar No. 002270
Joscelyn M. Hughes
Georgia Bar No. 281699

Two Midtown Plaza, Suite 1700
1349 West Peachtree Street, N.W.
Atlanta, GA 30309
Phone: 404-874-1700
Fax: 404-874-1787

*Attorneys for Defendant Kenneth L. Hill, M.D.*

3

HALL BOOTH SMITH, PC

/s/ *Nichole L. Hair*
John E. Hall, Jr.
Georgia Bar No. 319090
Nichole L. Hair
Georgia Bar No. 474182

191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303
Phone: 404-954-5000
Fax: 404-954-5020

*Attorneys for Defendants Wellstar Medical Group, LLC, (improperly identified as Wellstar, Kennestone Hospital, Inc.), and Jinu P. Kamdar, M.D.*

PETERS & MONYAK, LLP

/s/ *Austin T. Ellis*
Robert P. Monyak, Esq.
Georgia Bar No. 517675
Austin T. Ellis, Esq.
Georgia Bar No. 665153

One Atlanta Plaza, Suite 2275
950 East Paces Ferry Road NE
Atlanta, Georgia 30326
Telephone: (404) 607-0100
Fax: (404) 607-0465

*Attorneys for Dr. Joseph T. Hormes*

## **CERTIFICATE OF SERVICE**

This will certify that the undersigned has this day served a true and correct copy of the foregoing **STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**, has been served via CM/ECF electronic filing on all counsel of record in this case and to Plaintiff via U.S. Mail to:

> Davis Etkin
> 1567 Wendell Avenue
> Schenectady, New York 12308

This 18th day of November, 2014

> /s/ *Jesse K. Broocker*
> Jesse K. Broocker
> Georgia Bar No. 211070

## FONT CERTIFICATION

The undersigned counsel for Defendants hereby certifies that the foregoing document was prepared using Times New Roman 14-point font in accordance with LR 5.1(C).

/s/ *Jesse K. Broocker*
Jesse K. Broocker
Georgia Bar No. 211070

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

DAVIS M. ETKIN,

    Plaintiff,

v.

KENNETH L. HILL, M.D.; STEVEN J.
SCHWARTZ, M.D.; JINUE P. KAMDAR,
M.D.; WELLSTAR; MICHAEL K. RAY,
JR., M.D.; JOSEPH T. HORNES, M.D.;
and KENNESTONE HOSPITAL, INC.,

    Defendants.

Civil Action File No.
1:14-CV-00673-WBH

## STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), *Pro Se* Plaintiff Davis M. Etkin, on his own behalf, and Defendants Kenneth L. Hill, M.D., Steven J. Schwartz, M.D., Jinu P. Kamdar, M.D. (improperly identified as Jinue P. Kamdar), Wellstar Medical Group, LLC (improperly identified as Wellstar and Kennestone Hospital, Inc.), Michael K. Ray, Jr., M.D., and Joseph T. Hornes, M.D. (improperly identified as Joseph T. Hornes, M.D.), by their undersigned counsel, (together, the "Parties") stipulate as follows:

1. On March 7, 2014, this action was filed in the United States District Court for the Northern District of Georgia, Atlanta Division.

1

Nov 19 14 03:37p   dave etkin0tmp                                518 37261419#            p.3

11/17/2014  14:05   4045241610           WEATHING SMITH                      PAGE  03/07

2. Each Defendant timely filed an Answer to Plaintiff's Complaint, raising various defenses.

3. The Parties mutually desire to resolve this action and the issues raised without further delay or additional litigation, and have fully consented to the making and entry of this Stipulation of Voluntary Dismissal of Action with Prejudice ("Stipulation") without trial or the adjudication of any issue of fact or law in this case.

4. The Parties acknowledge they have consented to entry of the Stipulation after full and proper due diligence and consideration of all matters relevant hereto.

5. Specifically, the Parties recognize that this matter is being dismissed with prejudice -- i.e., it is a final disposition of the matter, barring the right to bring another action on the same claim or cause in any court of law, whether federal or state.

6. The Parties stipulate and agree that each party will bear their own costs and fees, and that no party will seek reimbursement of any incurred cost or fee related to this matter, including attorneys' fees, from any other party to this action via litigation or otherwise.

This 17th day of November, 2014.

[signature] Josh R??
This Action
?? in good faith

**FONT CERTIFICATION**

The undersigned counsel for Defendants hereby certifies that the foregoing document was prepared using Times New Roman 14-point font in accordance with LR 5.1(C).

/s/ Jesse K. Broocker
Jesse K. Broocker
Georgia Bar No. 211070

5

## CERTIFICATE OF SERVICE

This will certify that the undersigned has this day served a true and correct copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL OR ACTION WITH PREJUDICE, has been served via CM/ECF electronic filing on all counsel of record in this case and to Plaintiff via U.S. Mail to:

Davis Etkin
1567 Wendell Avenue
Schenectady, New York 12308

This 17th day of November, 2014

/s/ Jesse K. Broocker
Jesse K. Broocker
Georgia Bar No. 211070

HALL BOOTH SMITH, PC

/s/ *Nichole L. Hair*
John E. Hall, Jr.
Georgia Bar No. 319090
Nichole L. Hair
Georgia Bar No. 474182

191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303
Phone: 404-954-5000
Fax: 404-954-5020

*Attorneys for Defendants Wellstar Medical Group, LLC, (improperly identified as Wellstar, Kennestone Hospital, Inc.), and Jinu P. Kamdar, M.D.*

PETERS & MONYAK, LLP

/s/ *Austin T. Ellis*
Robert P. Monyak, Esq.
Georgia Bar No. 517675
Austin T. Ellis, Esq.
Georgia Bar No. 665153

One Atlanta Plaza, Suite 2275
950 East Paces Ferry Road NE
Atlanta, Georgia 30326
Telephone: (404) 607-0100
Fax: (404) 607-0465

*Attorneys for Dr. Joseph T. Hormes*

4